IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. VICTORY,             )<br>                                          )<br>         Plaintiff,                   )<br>                                          )<br>   vs.                                  )<br>                                          )<br>J. WOODFORD, et al.,           )<br>                                          )<br>         Defendants.            )<br>_____) | No. C 05-3068 JSW (PR)<br><br>**TRANSFER ORDER**<br><br>(Docket Nos. 2, 5) |

    Plaintiff is a state prisoner currently incarcerated at Pleasant Valley State Prison located in Coalinga, California, within the venue of the United States District Court for the Eastern District of California. He filed this civil rights action in the United States District Court for the Northern District of California on August 15, 2005, complaining of violations of his rights while confined at that prison. Plaintiff has also filed motions seeking appointment of counsel (docket no. 2) and to proceed in forma pauperis (docket no. 5).

    Plaintiff's complaint was not filed in the proper district. When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial

district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

It is apparent from this Court's review of the complaint that Plaintiff alleges events occurring within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Therefore, the Court will transfer this action to the United States District Court for the Eastern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. Because this Court is transferring Plaintiff's case to the Eastern District of California, it will not resolve the pending motions (docket nos. 2, 5).

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: November 9, 2005

JEFFREY S. WHITE
United States District Judge